UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2009 (EBB) |
| | : | |
| $662,310.79 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100080907, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | |
| $146,000.00 and $3,315.57 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | May 12, 2004 |
| | : | |
| $185,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | |
| $149,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | <u>MOTION TO FILE SECOND AMENDED VERIFIED COMPLAINT OF FORFEITURE AND ADD IN REM DEFENDANT TO CASE CAPTION</u> |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANT:  FRANKLIN CREDIT SERVICES, INC.] | : | |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the United States of America respectfully requests leave to file a Second Amended Verified Complaint of Forfeiture to include an additional in rem defendant as a result of the additional seizure of $149,000.00, which was seized from Account Number 100057691, held in the name of Franklin Credit Services, Inc., at First Tennessee Bank, Franklin, Tennessee, on April 15, 2004.

A proposed Second Amended Verified Complaint of Forfeiture is submitted herewith. The United States requests that the Clerk of Court issue a Warrant of Arrest In Rem for the $149,000.00, also submitted herewith. In addition, it is also requested that the additional seizure of $149,000 be reflected in the case caption as an additional in rem defendant.

                                                Respectfully submitted,

                                                JOHN H. DURHAM
                                                ACTING UNITED STATES ATTORNEY

                                                _____
                                                JULIE G. TURBERT
                                                ASSISTANT U.S. ATTORNEY
                                                P.O. BOX 1824
                                                NEW HAVEN, CT  06508
                                                (203) 821-3700
                                                FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion to File Second Amended Verified Complaint of Forfeiture and Add In Rem Defendant to Case Caption has been mailed, postage prepaid, on this 12th day of May, 2004, to:

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, Mississippi

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1000
Kansas City, Missouri 64108

Susan Loving, Esq.
Lest, Loving and Davies
1505 South Renaissance Boulevard
Edmund, Oklahoma 73013-3018

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1200 West Third Street, Room 340
Little Rock, AR 72201-1904

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

Lane Wharton, Esq.
Bode, Call and Stroup
3101 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27612

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460

James J. Calder, Esq.
Rosenman & Colin, LLP
575 Madison Avenue
New York, NY 10022-2585

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY