UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|       Plaintiff, : | |
| v. : | Civil No. 3:00CV2009 (EBB) |
| $662,310.79 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100080907, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, : | |
| $146,000.00 AND $3,315.57 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, : | |
| $185,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1000057961, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, : | |
| $149,000 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, : | |
|       Defendants. : | |
| [CLAIMANT: FRANKLIN CREDIT SERVICES, INC.] : | |

## VERIFIED CLAIM OF FARMERS AND RANCHERS LIFE INSURANCE COMPANY IN LIQUIDATION, BY AND THROUGH ITS RECEIVER, CARROLL FISHER

Pursuant to Rule C, Supplemental Rules of Civil Procedure, Carroll Fisher, in his capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation (the "Receiver"), hereby makes claim to all of the property subject to this forfeiture action.

Farmers and Ranchers Life Insurance Company in Liquidation ("FRL"), in addition to other insurance companies in liquidation or rehabilitation in the states of Arkansas, Mississippi, Tennessee, and Missouri (collectively, the "Insurance Companies"), has been harmed due to the fraudulent actions of Martin Frankel and others. As conceded by the Government in its Second Amended Verified Complaint for Forfeiture, the property subject to this forfeiture action is traceable to money converted by Frankel and others from the Insurance Companies, including FRL, and is rightfully the property of these Insurance Companies, including FRL. Accordingly, pursuant to the United States' allegations, the Insurance Companies are directly interested in the property at issue in this forfeiture action.

On May 20, 1999, the District Court of Oklahoma County, State of Oklahoma, entered an Agreed Order, and on July 9, 1999, the Oklahoma County District Court entered its Amended Order, each appointing Carroll Fisher Receiver of FRL. On January 14, 2000, the Oklahoma County District Court entered its Order declaring FRL to be insolvent and entering a Liquidation Order. By virtue of the May 20, 1999, Order, as well as the two subsequent orders, title to all assets of FRL, including tangible assets purchased with funds of the insurer, is vested in Carroll Fisher as Receiver, by operation of law, and the Receiver is charged with the duty to marshal these assets. This Liquidation Order was entered prior to the seizure of the property at issue in this forfeiture action and prior to the filing of this forfeiture action. FRL's assets include the property subject to this forfeiture action. Moreover, both equitable and de facto liens to this

property in favor of the Receiver existed prior to its seizure by the Government. Thus, the Receiver asserts an ownership interest in the property at issue in this matter.

## VERIFICATION

I declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that I am the duly appointed Receiver of Farmers and Ranchers Life Insurance Company in Liquidation, and I am authorized to make this claim on behalf of the FRL estate, and that the foregoing is true and correct. Executed on July 26, 2004.

Carroll Fisher, Receiver
Farmers and Ranchers Life Insurance Company in Liquidation,
formerly Farmers and
Ranchers Life Insurance Company

Respectfully submitted,

Douglas S. Skalka, (Fed. Bar 00616)
James A. Lenes (Fed. Bar. 10408)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Counsel for Carroll Fisher

## CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing was served on this 26th day of July, 2004, via United States Mail with first class postage prepaid, and clearly addressed to the following:

3

David X. Sullivan
Assistant U.S. Attorney
District of Connecticut
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06510


_____
Attorney