UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:00cv02009 (EBB) |
| ) | |
| $662,310.79 IN UNITED STATES ) | |
| CURRENCY SEIZED FROM ACCOUNT ) | |
| NUMBER 100080907, HELD IN THE ) | |
| NAME OF FRANKLIN CREDIT ) | |
| SERVICES, INC., AT FIRST TENNESSEE) | |
| BANK, FRANKLIN, TENNESSEE, ) | |
| ) | |
| $146,000.00 and $3,315.57 IN ) | |
| UNITED STATES CURRENCY SEIZED ) | |
| FROM ACCOUNT NUMBER 100057691,) | |
| HELD IN THE NAME OF FRANKLIN ) | |
| CREDIT SERVICES, INC., AT FIRST ) | |
| TENNESSEE BANK, FRANKLIN, ) | |
| TENNESSEE, ) | |
| ) | |
| $185,000.00 IN UNITED STATES ) | |
| CURRENCY SEIZED FROM ) | |
| ACCOUNT NUMBER 100057691, HELD ) | |
| IN THE NAME OF FRANKLIN CREDIT ) | |
| SERVICES, INC., AT FIRST ) | |
| TENNESSEE BANK, FRANKLIN, ) | |
| TENNESSEE, ) | |
| ) | |
| $149,000.00 IN UNITED STATES ) | |
| CURRENCY SEIZED FROM ) | |
| ACCOUNT NUMBER 100057691, HELD ) | |
| IN THE NAME OF FRANKLIN CREDIT ) | |
| SERVICES, INC., AT FIRST ) | |
| TENNESSEE BANK, FRANKLIN, ) | |
| TENNESSEE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| [CLAIMANTS: FIRST NATIONAL LIFE | ) |
| INS. CO., FRANKLIN PROTECTIVE | ) |
| LIFE INS. CO, AND FAMILY | ) |
| GUARANTY LIFE INS. CO.] | ) |

### VERIFIED STATEMENT IDENTIFYING INTEREST IN AND RIGHT TO DEFENDANT PROPERTIES BY MISSISSIPPI COMMISSIONER OF INSURANCE GEORGE DALE

Pursuant to Rule C of the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Claims, Mississippi Commissioner of Insurance George Dale, as Liquidator of and on behalf of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company, in Liquidation, hereby makes this verified statement identifying his interest in and right to the properties subject to this forfeiture action. In support of this claim, the Liquidator would show unto this Court the following:

1. First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company (hereinafter referred to collectively as "the Mississippi Insurance Companies") were damaged by the fraudulent actions of Martin Frankel ("Frankel") and others. Other insurance companies in the States of Arkansas, Missouri, Oklahoma, and Tennessee are also insolvent due to the fraudulent actions of Frankel and others (collectively "Insurance Companies").

2. As conceded by the United States Government in its Second Amended Verified Complaint for Forfeiture, all of the properties subject to this forfeiture action are traceable to money converted by Frankel and others from the insolvent Insurance

-2-

Companies, including the Mississippi Insurance Companies. By the United States Government's own allegations, the Defendant properties rightfully belong to the insolvent Insurance Companies, including the Mississippi Insurance Companies, and the Mississippi Insurance Companies are directly involved and have a direct interest in the Defendant properties.

3. On June 29, 1999, the Chancery Court of the First Judicial District of Hinds County, Mississippi entered Liquidation Orders that vested title to all the Mississippi Insurance Companies' assets in the Liquidator. The Mississippi Insurance Companies' assets include the Defendant properties as they are or were derived, in whole or in part, from money or assets stolen from the Mississippi Insurance Companies.

4. The Liquidation Orders authorize the Liquidator to handle the property, business, and affairs of the Mississippi Insurance Companies' estates, which includes intervening in such matters as may be necessary for the collection and recovery of property belonging to the Mississippi Insurance Companies or traceable to money converted from the Mississippi Insurance Companies.

5. Both equitable and *de facto* liens and claims to the properties subject to this forfeiture action exist in favor of the Liquidator on behalf of the Insurance Companies, including the Mississippi Insurance Companies, and existed prior to the seizure of these properties by the Government and the filing of this present forfeiture action.

6.  Based on the foregoing, the Mississippi Insurance Companies have ownership interests in the properties at issue in this forfeiture action. Thus, Commissioner Dale, as Liquidator for First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company, in Liquidation, identifies and asserts ownership interests in and right to the Defendant properties. Accordingly, the below signed hereby makes claim to all the defendant properties on behalf of the Mississippi Insurance Companies in Liquidation.

### Verification

I declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that I am the duly and properly court-appointed Liquidator of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company, in Liquidation. I declare under penalty of perjury that I am authorized to make these claims on behalf of the Mississippi Insurance Companies, in Liquidation and that the foregoing is true and correct.

Respectfully submitted, this the 28th day of July 2004.

_____
Commissioner of Insurance George Dale, as
Liquidator for First National Life Insurance
Company of America, Franklin Protective Life
Insurance Company, and Family Guaranty Life
Insurance Company, In Liquidation

Of Counsel:

_____    _____
Douglas S. Skalka (Fed. Bar #00616)   Charles G. Copeland (MS Bar #6516)
NEUBERT, PEPE & MONTEITH, P.C.        Rebecca Blunden (MS Bar #99611)
195 Church Street, 13th Floor         COPELAND, COOK, TAYLOR & BUSH
New Haven, CT 06510-2026              P.O. Box 6020
Telephone:   (203) 821-2000           Ridgeland, Mississippi 39158
Facsimile:   (203) 821-2009           Telephone:   (601) 856-7200
                                      Facsimile:   (601) 856-7626

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, first class postage pre-paid, to the following:

John B. Huighes, Esq.
Julie G. Turbert, Esq.
United States Attorney's Office
P.O. Box 1824
New Haven, Connecticut 06508

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1000
Kansas City, Missouri 64108

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
1200 W. Third Street, Room 340
Little Rock, Arkansas 72201-1904

THIS the 29th day of July 2004.

_____
Douglas S. Skalka
Counsel for Commissioner Dale

L:\RBlunden\1968 FNL\Forfeiture Actions\Pleadings\claim - money 2d amendment.wpd