UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:00CV2009 (EBB) |
| : | |
| $662,310.79 IN UNITED STATES : | |
| CURRENCY SEIZED FROM ACCOUNT : | |
| NUMBER 100080907, HELD IN THE : | |
| NAME OF FRANKLIN CREDIT : | |
| SERVICES, INC., AT FIRST : | |
| TENN. BANK, FRANKLIN, TN : | |
| : | |
| $146,000.00 AND $3,315.57 IN UNITED : | |
| STATES CURRENCY SEIZED FROM : | |
| ACCOUNT NUMBER 100057691, HELD : | |
| IN THE NAME OF FRANKLIN CREDIT : | |
| SERVICES, INC., AT FIRST : | |
| TENN. BANK, FRANKLIN, TN : | |
| : | |
| $185,000.00 IN UNITED STATES : | |
| CURRENCY SEIZED FROM ACCOUNT : | |
| NUMBER 1000057961, HELD IN THE : | |
| NAME OF FRANKLIN CREDIT : | |
| SERVICES, INC., AT FIRST : | |
| TENNESSEE BANK, FRANKLIN, : | |
| TENNESSEE, : | |
| : | |
| $149,000 IN UNITED STATES : | |
| CURRENCY SEIZED FROM ACCOUNT : | |
| NUMBER 100057691, HELD IN THE : | |
| NAME OF FRANKLIN CREDIT : | |
| SERVICES, INC., AT FIRST : | |
| TENNESSEE BANK, FRANKLIN, : | |
| TENNESSEE, : | |
| : | |
| Defendants. : | |

## CLAIMANT INSURANCE COMPANY LIQUIDATORS/RECEIVERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT

Claimants Paula Flowers (as Receiver and Liquidator of Franklin American Life Insurance Company), George Dale (as Liquidator of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company), Carroll Fisher (as Receiver of Farmers and Ranchers Life Insurance Company), Mike Pickens (as Receiver of Old Southwest Life Insurance Company), and Scott B. Lakin (as Liquidator of International Financial Services Life Insurance Company) (collectively "Claimants"), respectfully request that the Court grant them an extension of time, until and including August 27, 2004, to answer or otherwise respond to plaintiff's Second Amended Complaint. For the reasons set forth below, the Court should grant this motion.

Claimants have filed verified claims in this action, but they have not yet filed answers to the Second Amended Complaint. Because of the extensive nature of the allegations in the Second Amended Complaint and the complexity of this matter, Claimants require additional time in order to fully and adequately respond to the Second Amended Complaint.

Counsel for Claimants has contacted counsel for plaintiff, and counsel for plaintiff has no objection to the requested extension of time.

WHEREFORE, claimants Flowers, Dale, Fisher, Pickens, and Lakin respectfully request that the Court enter an order granting them extension of time, until and including August 27, 2004, in which to answer or otherwise respond to the Second Amended Complaint.

Respectfully submitted,

_____
Douglas S. Skalka, (Fed. Bar 00616)
James A. Lenes (Fed. Bar. 10408)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Attorneys for Claimants

## CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing was served on this 12th day of August, 2004, via United States Mail with first class postage prepaid, and clearly addressed to the following:

David X. Sullivan, Esq.
Julie G. Turbert, Esq.
Assistant U.S. Attorney
District of Connecticut
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Forest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

Lane Wharton, Esq.
Bode, Call and Stroup
3101 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27612

Susan Loving, Esq.
Lest, Loving and Davies
1505 South Renaissance Boulevard
Edmund, Oklahoma 73013-3018

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, Mississippi 39157

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, Connecticut 06460

James J. Calder, Esq.
Rosenman & Colin, LLP
575 Madison Avenue
New York, New York 10022-2585

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
Douglas S. Skalka