UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,            :<br>                                      :<br>          Plaintiff,                  :<br>                                      :<br>     v.                               :<br>                                      :<br>$662,310.79 IN UNITED STATES CURRENCY :<br>SEIZED FROM ACCOUNT NO. 100080907,    :<br>HELD IN THE NAME OF CREDIT SERVICES   :<br>INC., AT THE FIRST TENNESSEE BANK,    :<br>FRANKLIN, TENNESSEE, et al.           :<br>                                      :<br>          Defendants.                 : | Case No. 300CV2009 (EBB) |

## APPEARANCE

Please enter the appearance of the undersigned as counsel for the following Claimants:

- George Dale, Mississippi Commissioner of Insurance, as Liquidator for First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company, in Liquidation;

- Carroll Fisher, Oklahoma Insurance Commissioner, as Receiver of Farmers and Ranchers Life Insurance Company;

- Paula A. Flowers, as Receiver and Liquidator of Franklin American Life Insurance Company;

- Scott B. Lakin, Director of the Missouri Department of Insurance, in his statutory capacity as Liquidator of International Financial Services Life Insurance Company;

- Mike Pickens, as Receiver of Old Southwest Life Insurance Company;

-1-

Dated at New Haven, Connecticut, this 27th of August, 2004

_____
James A. Lenes (CT BAR #10408)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone (203) 821-2000
Facsimile (203) 821-2009

## CERTIFICATE OF SERVICE

I, James A. Lenes, do hereby certify that a copy of the foregoing Appearance has been sent, via United States mail, first-class postage prepaid, to the following:

David X. Sullivan, Esq.
John B. Hughes, Esq.
Julie G. Turbert, Esq.
Assistant U.S. Attorneys
P.O. Box 1824
New Haven, CT 06508

Dated: August 27, 2004

_____
James A. Lenes

-2-