UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 16  P 4: 46

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV2009 (EBB) |
| $662,310.79 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100080907, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : |
| $146,000.00 and $3,315.57 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : |
| $185,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : |
| Defendants. | : |

## SCHEDULING ORDER

1. The parties, at this time, do not request an additional conference with the Court before entry of the Scheduling Order, but do request a pretrial conference before trial.

2. The parties request a pretrial conference in May, 2005.

3. The parties should be allowed until January 15, 2005, to join additional parties, add new claims and/or to amend the pleadings.

4. All potentially dispositive motions shall be filed by January 31, 2005, with any response due 30 days from the filing of the potentially dispositive motion and any reply due 20 days from the responsive motion.

5. Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due May 23, 2005.

6. The parties have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

7. The case should be ready for trial by June 6, 2005; at this time trial is expected to take approximately three to four days.

SO ORDERED this 16th day of December, 2004, at New Haven, Connecticut.

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE