UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA**         ) | |
| )           | |
| **Plaintiff,**           ) | |
| )           | |
| v.           ) | Civil Action No. 300CV02009 (EBB) |
| )           | |
| **$662,310.79 IN UNITED STATES**           ) | |
| **CURRENCY SEIZED FROM ACCOUNT**      ) | |
| **NUMBER 100080907, HELD IN THE**           ) | |
| **NAME OF FRANKLIN CREDIT**           ) | |
| **SERVICES, INC., AT FIRST**           ) | |
| **TENNESSEE BANK, FRANKLIN,**           ) | |
| **TENNESSEE,**           ) | |
| )           | |
| **$146,000.00 and $3,315.57 IN UNITED**      ) | |
| **STATES CURRENCY SEIZED FROM**           ) | |
| **ACCOUNT NUMBER 100057691,**           ) | |
| **HELD IN THE NAME OF FRANKLIN**           ) | |
| **CREDIT SERVICES, INC., AT FIRST**           ) | |
| **TENNESSEE BANK, FRANKLIN,**           ) | |
| **TENNESSEE,**           ) | |
| )           | |
| **$185,000.00 IN UNITED STATES**           ) | |
| **CURRENCY SEIZED FROM**           ) | |
| **ACCOUNT NUMBER 100057691,**           ) | |
| **HELD IN THE NAME OF FRANKLIN**           ) | |
| **CREDIT SERVICES, INC., AT FIRST**           ) | |
| **TENNESSEE BANK, FRANKLIN,**           ) | |
| **TENNESSEE,**           ) | |
| )           | |
| **Defendants.**           ) | |
| )           | |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Federal Rule of Civil Procedure 25(d)(1), Kim Holland, Oklahoma Insurance

Commissioner, as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("FRL"),

1

respectfully requests that the Court issue an order substituting her in place of Carroll Fisher, as a party to this case. In support of this Motion, Commissioner Holland, as Receiver, states as follows:

1.  In May 1999, Oklahoma Insurance Commissioner Carroll Fisher commenced delinquency proceedings against FRL, an Oklahoma domestic insurer, in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-99-3401-61. On May 20, 1999, the District Court of Oklahoma County issued an *Agreed Order Appointing Receiver and Permanent Injunction* against FRL, placing FRL into receivership.

2.  Pursuant to 36 Okla.Stat. §1914, whenever delinquency proceedings are had against an Oklahoma insurer, the Court shall appoint the Insurance Commissioner as such receiver. Oklahoma Insurance Commissioner Carroll Fisher was thereby appointed receiver of FRL, pursuant to that section.

3.  Carroll Fisher has resigned as Oklahoma Insurance Commissioner.

4.  Kim Holland has assumed the office of Oklahoma Insurance Commissioner, and by virtue of her official capacity as Insurance Commissioner, pursuant to 36 Okla.Stat. §1914, she has been appointed by the District Court of Oklahoma County as the Receiver for FRL.

WHEREFORE, Kim Holland, as Receiver of FRL, respectfully requests that this Court enter an order substituting her for Carroll Fisher, as a party to this case.

This 10th day of February, 2005.

Respectfully submitted,

 /s/ Douglas S. Skalka
Douglas S. Skalka, Fed. Bar 00616
**NEUBERT, PEPE & MONTEITH**
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Susan Loving  (21576)
Lester, Loving and Davies
1701 South Kelly
Edmond, Oklahoma  73013-3018
(405) 844-9900
(405) 844-9958 (fax)

Counsel for **KIM HOLLAND**, Insurance Commissioner for the    State of Oklahoma, in her capacity as Receiver of **FARMERS AND RANCHERS LIFE INSURANCE COMPANY IN LIQUIDATION**

CERTIFICATE OF SERVICE

       I certify that on this, the 10th day of February, 2005, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, on the following counsel of record:

Alan F. Curley
C. Phillip Curley
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL  60606

Charles G. "Greg" Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS  39157

Douglas J. Schmidt
Blackwell, Sanders, Peper, Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Steve A. Uhrynowycz
Liquidation Division
1023 West Capitol Avenue, Suite 2
Little Rock, AR.  72201-1904

Graham Matherne
Andrew Campbell
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN  37203

John B. Hughes, AUSA
David X. Sullivan, AUSA
United States Attorney's Office
P.O. Box 1824
New Haven, CT  06508

William Harrison Crabtree, Jr., President
Franklin Credit Services, Inc.
325 Sheffield Place
Franklin, TN 37067

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL  60603

Lane Wharton, Esq.
Bode, Call & Stroup
3101 Glenwood Avenue, Suite 200
Raleigh, NC  27612

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT  06460

James J. Calder, Esq.
Rosenman & Colin, LLP
575 Madison Avenue
New York, NY 10022-2585

 /s/ Douglas S. Skalka
Douglas S. Skalka (ct00616)