UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2009 (EBB) |
| | : | |
| $662,310.79 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100080907, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, ET AL | : | June 16, 2005 |
| | : | |
| Defendants. | : | |

THIRD MOTION FOR EXTENSION OF TIME

The Plaintiff, United States of America, hereby moves for a third extension of time within which to respond to the Motion for Summary Judgment filed by the Receiver-Claimants.[1] Plaintiff requests from June 17, 2005 until September 16, 2005 to file a responsive pleading.

This case is related to several other civil forfeiture cases[2] in which there are additional victim-claimants.[3] In those related cases, the parties have agreed to extend certain deadlines pending a decision from this Court, as well as the Mississippi Liquidation Court, on the

---

[1] International Financial Services Life Insurance Company, Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company, First National Life Insurance Company, Franklin American Life Insurance Company, Farmers and Ranchers Life Insurance Company, and Old Southwest Life Insurance Company.

[2] United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3] Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

Receiver-Claimants' Motion to Dismiss, which is currently pending in both courts. In the Mississippi case, Peoples, Veterans and Settlers have appealed their priority assigned by the Liquidation Court in connection with the losses sustained by various insurance and re-insurance companies as a result of the fraudulent scheme conducted by Martin Frankel and others. That case was recently remanded from the Mississippi Supreme Court and is awaiting a decision.

In the $29,035,500.00 & $3,241,500.00 and 277 Diamonds, et al. cases before this Court, Receiver-Claimants have moved to dismiss the claims of Peoples, Veterans and Settlers on the grounds that they lack standing to assert their constructive trust claims in those cases. Even though Peoples, Veterans and Settlers have not asserted claims in this case, the parties have agreed to hold off on moving forward with the summary judgment motion because the decisions in both courts on the Receiver-Claimants' motions to dismiss will have an impact on all of the related civil forfeiture actions.

This is the third motion for extension filed with respect to this deadline. Douglas Schmidt, Counsel for the Receiver-Claimants, has indicated that he has no objection to the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    UNITED STATES ATTORNEYS OFFICE
    P.O. BOX 1824
    NEW HAVEN, CT 06510
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Third Motion for Extension of Time has been mailed, postage prepaid, this 16th day of June, 2005, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

                                        JULIE G. TURBERT
                                        ASSISTANT U.S. ATTORNEY