UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2009 (EBB) |
| | : | |
| $662,310.79 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 100080907, HELD IN THE | : | |
| NAME OF FRANKLIN CREDIT | : | |
| SERVICES, INC., AT FIRST | : | |
| TENNESSEE BANK, FRANKLIN, | : | July 13, 2006 |
| TENNESSEE, ET AL | : | |
| | : | |
| Defendants. | : | |

THIRD MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the scheduling

deadlines set in this case be extended. The other parties to this case, collectively referred to as

the Receiver-Claimants,[1] also join in this request. The United States and the Receiver-Claimants

propose the following schedule:

| | | |
|---|---|---|
| 1. | Complete discovery by: | October 6, 2006 |
| 2. | Disclosure of experts by: | November 9, 2006 |
| 3. | Disclosure of rebuttal experts by: | November 22, 2006 |

---

[1]Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

4.      Dispositive motions by:              December 7, 2006

5.      Pre-Trial Conference:               December 21, 2006

6.      Trial-Ready Date:                   January 25, 2007

In addition, the Plaintiff, United States of America, requests that the previously scheduled

pre-trial conference for September 21, 2006, remain on the Court's schedule as a telephonic

status conference.  Plaintiff, United States of America, will make the arrangements for the

conference call.

The United States and Receiver-Claimants have been working together in an effort to

resolve this case, as well as the other Frankel-related forfeiture actions.  Due to the complexity of

the cases and multiple Receiver-Claimants involved, more time is needed to continue to explore

the possibility of settlement.  In addition, the United States requests these extensions to keep all

of the Frankel-related forfeiture actions on the same schedule.  The United States is also filing

motions for extension of scheduling deadlines in all of the Frankel-related forfeiture actions,[2]

except the two cases that have been stayed[3], to align all of the cases with this proposed schedule.

---

[2]United States v. 889 Lake Avenue, 3:99CV979, United States v. $11,014,165.20, et al.
3:99CV2589, United States v. 1995 Turbo Commander Aircraft, et al., 3:99CV2590, United
States v. 50 Cases of Wine, 3:00CV2008, United States v. '99 Chevy Tahoe, et al., 3:00CV2007,
United States v. $596,013.77, et al., 3:00CV2010, United States v. $662,310.79, et al.,
3:00CV2009, United States v. $135,384.88, 3:04CV1083, United States v. 895 Lake Avenue,
3:99CV1772 (EBB), United States v. $140,000, 3:00CV1910.

[3]United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB), and
United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

This is the third motion for extension filed with respect to these deadlines.  Counsel for

the Receiver-Claimants concur with this request and support the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TEL. (203) 821-3700
FAX (203) 773-5373
FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Third Motion to Extend

Scheduling Deadlines has been mailed, postage prepaid, this 13th of July, 2006, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY