UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2009 (EBB) |
| | : | |
| $662,310.79 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100080907, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | |
| $146,000.00 and $3,315.57 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | August 16, 2007 |
| $185,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | AMENDED MOTION FOR DECREE OF FORFEITURE |
| $149,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 100057691, HELD IN THE NAME OF FRANKLIN CREDIT SERVICES, INC., AT FIRST TENNESSEE BANK, FRANKLIN, TENNESSEE, | : | |
| | : | |
| Defendants. | : | |

The Plaintiff, United States of America, respectfully moves to amend its motion for entry

of a Decree of Forfeiture which was filed on August 8, 2007, pursuant to Rule 55 of the Federal

Rules of Civil Procedure, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

The purpose of this amended motion is to include in the Decree of Forfeiture the *in rem* defendant described as $149,000.00 in United States currency seized from account number 100057691, held in the name of Franklin Credit Services, Inc., at First Tennessee Bank, Franklin, Tennessee. This *in rem* defendant, which was added to this case by Second Amended Verified Complaint of Forfeiture, dated May 12, 2004 and filed on July 14, 2007, was inadvertently omitted from the proposed Decree of Forfeiture filed on August 8, 2007.

The Plaintiff, United States of America, respectfully requests that the revised Decree of Forfeiture filed herewith, which includes reference to the $149,000.00, be substituted for the Decree previously filed on August 8, 2007. An amended supporting memorandum is also filed herewith.

                                                                                                 Respectfully submitted,

                                                                                                 KEVIN J. O'CONNOR
                                                                                                 UNITED STATES ATTORNEY

_____

                                                    _____
                                                    JULIE G. TURBERT
                                                    ASSISTANT U.S. ATTORNEY
                                                    ATTORNEY BAR # ct23398
                                                   157 CHURCH STREET
                                                   NEW HAVEN, CT  06510
                                                 TELEPHONE: (203) 821-3700
                                                 FAX: (203) 773-5373
                                                 EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Amended Motion for Decree of Forfeiture has been sent via electronic mail on this 16th day of August, 2007, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018
email: sloving@lldlaw.com

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
email: dschmidt@blackwellsanders.com
email: tsummers@blackwellsanders.com

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
email: acampbell@wyattfirm.com

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510
email: dskalka@npmlaw.com

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157
email: gcopeland@cctb.com
email: Jarnold@cctb.com

and by first class mail to:

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

 

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY